UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

UNITED STATES OF AMERICA,

      Plaintiff,                                Case No. 3:21-cr-85

vs.

ALEXIS INIGUEZ-ALDACO,               District Judge Michael J. Newman
                                        Magistrate Judge Sharon L. Ovington

      Defendant.

---

**ORDER ADOPTING THE REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE (DOC. NO. 42).**

---

This criminal case is before the Court on the Report and Recommendation of the Magistrate Judge, recommending that the Court accept Defendant's guilty plea.  Doc. No. 42.  There being no objections, the Court **ADOPTS** the Report and Recommendation in full.  The Court accepts Defendant's plea of guilty as charged in Count One of the Information, which charges her of Conspiracy to Possess with Intent to Distribute Heroin in violation of 21 U.S.C. §§ 846, 841(a)(1) and 841(b)(1)(C).  Doc. No. 33.  The Court will defer the decision of whether to accept the plea agreement until the sentencing hearing on **November 18, 2021 at 10:00 AM**.

      **IT IS SO ORDERED.**

  October 12, 2021                     s/ Michael J. Newman
                                         Hon. Michael J. Newman
                                         United States District Judge